```
                                                    FILED
                                           CLERK, U.S. DISTRICT COURT

                                                FEB 28 2025

                                           CENTRAL DISTRICT OF CALIFORNIA
                                           BY:      rsm       DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:25-MJ-00897-Duty |
| v. | |
| Magdaleno - Perez | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, **Juan Luis Magdaleno - Perez**, declare that
(Defendant/Material Witness)

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☒ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **28th** day of **February**, 20**25**
at **Los Angeles, CA**
(City and State)

*[signature]*
Signature of Defendant/Material Witness

---

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____                              _____
                                                    Interpreter

CR-37 (05/15)          DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS